# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

STEVE SIMON and MAX JACQUES,

Appellants,

v.

HARTE OF RIVERVIEW TITLE SERVICES, INC. d/b/a RIVERVIEW
TITLE AND ESCROW SERVICES; and ROSEANN CARTER,

Appellees.

No. 2D22-4127

———————————————

January 31, 2024

Appeal from the Circuit Court for Hillsborough County; Christopher C. Nash, Judge.

Christopher M. Palermo of Law Offices of Christopher Palermo, P.A., Lutz, for Appellants.

Christian W. Waugh of Waugh PLLC, Orlando; and Mary A. Norberg of Waugh PLLC, Orlando (withdrew after briefing), for Appellees Harte of Riverview Title Services, Inc. d/b/a Riverview Title and Escrow Services and Roseann Carter.

PER CURIAM.

Affirmed.

KELLY, VILLANTI, and LaROSE, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.